JS-6 / ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 25 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHARLES AARON BROOKS,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. FERNANDEZ, et al.,<br><br>        Defendants. | Case No. EDCV 10-00423-R (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: August 25, 2010

_____
Manuel L. Real
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 26 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY